# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| Henry A. Gaillard<br>**Plaintiff**<br><br>Vs.<br><br>R. James Nicholson, Secretary,<br>Department of Veterans Affairs<br>**Defendant** | **Civil Action No.**<br><br>4:07 cv 146 (CDL) |

While employed at the Fort Mitchell National Cemetery I was placed in "Hostile Workplace" and faced discrimination on a daily basis. This discrimination was because of my physical disabilities and the fact that I am a homeless United States Viet Nam era veteran.

**Now comes the plaintiff and shows the Court the following:**

### 1.

Henry A. Gaillard
1235 Fifth Avenue(SRO#13)
Columbus, Georgia 31901
**Plaintiff**

### 2.

R. James Nicholson, Secretary,
Department of Veterans Affairs
Washington, D.C.
**Defendant**

### 3.

1

I was discriminated against based on my disabilities by subjecting me to a hostile work environment. This was a blatant violation of the Rehabilitation Act.

**4.**

I am a veteran with sixteen years eights months service to my country. I became homeless attributed to concerted taken against me by the military. I became blinded. The actions taken against me by personnel at Fort Mitchell National Cemetery while I attempted to regain control of my Life are in keeping with the vile, despicable treatment I have endured since being forced into homelessness in 1991.

**5.-**

I ask that I receive $5,000,000.00 dollars for the pain and suffering I continue to endure.

24Sep07

Signature                    Date
1235 Fifth Avenue(SRO#13)
Columbus, Georgia 31901

706.563.2502

**Phone number(msg only)**

2